| | |
|---|---|
| Steven M. Zadravecz (State Bar No. 185676)<br>szadravecz@jonesday.com<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612.4408<br>Telephone: +1.949.851.3939<br>Facsimile: +1.949.553.7539<br><br>Allison E. Crow (State Bar No. 279078)<br>acrow@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br>Facsimile: +1.415.875.5700<br><br>Attorneys for Defendant<br>CELLCO PARTNERSHIP, dba Verizon Wireless and improperly named as "Verizon, an unknown corporate entity" | DIVERSITY LAW GROUP, P.C.<br>Larry W. Lee (State Bar No. 228175)<br>E-mail: lwlee@diversitylaw.com<br>Mai Tulyathan (State Bar No. 316704)<br>E-mail: ktulyathan@diversitylaw.com<br>515 S. Figueroa St., Suite 1250<br>Los Angeles, California 90071<br>Telephone: (213) 488-6555<br>Facsimile: (213) 488-6554<br><br>POLARIS LAW GROUP LLP<br>William L. Marder (State Bar No. 170131)<br>E-mail: bill@polarislawgroup.com<br>501 San Benito Street, Suite 200<br>Hollister, California 95023<br>Telephone: (831) 531-4214<br>Facsimile: (831) 634-0333<br><br>Dennis S. Hyun (State Bar No. 224240)<br>E-mail: dhyun@hyunlegal.com<br>HYUN LEGAL, APC<br>515 S. Figueroa St., Suite 1250<br>Los Angeles, California 90071<br>Telephone: (213) 488-6555<br>Facsimile: (213) 488-6551<br><br>Attorneys for Plaintiff and the Class |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JESSICA GILLESPIE, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON, an unknown corporate entity; CELLCO PARTNERSHIP, an unknown corporate entity; and DOES 1 through 50, inclusive,<br><br>    Defendants. | **Case No. 2:18-cv-02429-TLN-DB**<br><br>**JOINT STIPULATION AND ORDER RE FURTHER STAY OF ACTION** |

1       This Joint Stipulation is submitted by Plaintiff Jessica Gillespie ("Plaintiff") and
2  Defendant Cellco Partnership d/b/a Verizon Wireless ("Cellco"), which is named as "Cellco
3  Partnership," and improperly named as "Verizon, an unknown corporate entity" in Plaintiff's
4  First Amended Complaint (Plaintiff and Cellco are referred to as the "Parties").
5       Plaintiff and Cellco stipulate and jointly request that the Court issue an order of a further
6  stay of these proceedings in their entirety while the parties continue to pursue mediation and
7  settlement discussions.
8       1.    This class action was filed on September 4, 2018 (Dkt. 1); the Complaint alleges a
9  single cause of action for violation of California Labor Code § 226 based on allegations that
10 Cellco failed to provide accurate itemized wage statements to certain of its non-exempt
11 employees. Plaintiff filed a First Amended Complaint on October 24, 2018 (Dkt. 10), adding a
12 claim for penalties under the Private Attorneys General Act, California Labor Code § 2698, *et*
13 *seq.* ("PAGA").
14      2.    On November 5, 2018, the Court entered an order staying this action and vacating
15 all deadlines, pursuant to the stipulation of Plaintiff and Cellco. (Dkt. 12.) The Parties stipulated
16 that good cause existed to stay all proceedings in this action to avoid potentially unnecessary
17 litigation efforts and expenses given that this action alleged class definitions and claims that
18 overlapped those in a similar action, *Farid Harchegani and Mohamed Elhosainy, individually and*
19 *on behalf of others similarly situated v. Cellco Partnership, Inc. dba Verizon Wireless, a Delaware*
20 *Partnership; AirTouch Cellular, Inc. dba Verizon Wireless, a California Corporation; and DOES 1-*
21 *20, inclusive*, Case No. 37-2017-000199977-CU-OE-CTL ("*Harchegani* Action"). (Dkts. 11 and 12.)
22      3.    The stay ordered by the Court on November 5, 2018 lifted effective May 30, 2019
23 pursuant to the Court's order. (Dkt. 12.)
24      4.    The parties have completed a mediation as indicated in their prior stipulation (Dkt.
25 11), however they have not yet reached a settlement and are continuing to discuss settlement
26 terms and a potential resolution of this action.
27      5.    The parties stipulate and jointly request that the Court enter a further order staying
28 these proceedings in their entirety for an additional period, through and including June 28, 2019.

This will allow the parties additional time to engage in settlement negotiations and attempt to resolve this action without the need for further litigation.

6. The parties stipulate and agree that good cause exists to further stay all proceedings in this action to avoid potentially unnecessary litigation efforts.

7. The parties therefore STIPULATE and request that the Court order as follows:

   a. This action is stayed until June 28, 2019 in its entirety.
   b. The stay in this case will lift on June 29, 2019, unless extended by the Court.
   c. The stay through June 28, 2019 is without prejudice to the parties' rights to seek a further stay at that time on any applicable grounds, including the overlap between this action and the *Harchegani* Action pending in state court.
   d. Upon lifting of the stay, Cellco's answer or other responsive pleading in response to the Complaint will be due on July 15, 2019, unless that date is extended by the Court.

///

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK; SIGNATURES CONTINUED ON NEXT PAGE]

IT IS SO STIPULATED.

Dated: June 10, 2019                              DIVERSITY LAW GROUP, P.C.

                                                  By: /s/ Larry W. Lee (as authorized 6/8/19)
                                                      Larry W. Lee

                                                  Attorneys for Plaintiff and the Class
                                                  JESSICA GILLESPIE

Dated: June 10, 2019                              JONES DAY

                                                  By: /s/ Steven M. Zadravecz
                                                      Steven M. Zadravecz

                                                  Attorneys for Defendant
                                                  CELLCO PARTNERSHIP

**ORDER**

Pursuant to the Parties' Stipulation, IT IS SO ORDERED.

Dated: June 12, 2019

_____
Troy L. Nunley
United States District Judge