| | |
|---|---|
| 1  Steven M. Zadravecz (State Bar No. 185676)<br>szadravecz@jonesday.com<br>2  JONES DAY<br>3161 Michelson Drive, Suite 800<br>3  Irvine, CA 92612.4408<br>Telephone:  +1.949.851.3939<br>4  Facsimile:   +1.949.553.7539<br><br>5  Allison E. Crow (State Bar No. 279078)<br>acrow@jonesday.com<br>6  JONES DAY<br>555 California Street, 26th Floor<br>7  San Francisco, CA 94104<br>Telephone:  +1.415.626.3939<br>8  Facsimile:   +1.415.875.5700<br><br>9  Attorneys for Defendant<br>CELLCO PARTNERSHIP, dba Verizon<br>10 Wireless and improperly named as<br>"Verizon, an unknown corporate entity" | DIVERSITY LAW GROUP, P.C.<br>Larry W. Lee (State Bar No. 228175)<br>E-mail: lwlee@diversitylaw.com<br>Mai Tulyathan (State Bar No. 316704)<br>E-mail: ktulyathan@diversitylaw.com<br>515 S. Figueroa St., Suite 1250<br>Los Angeles, California 90071<br>Telephone: (213) 488-6555<br>Facsimile: (213) 488-6554<br><br>POLARIS LAW GROUP LLP<br>William L. Marder (State Bar No. 170131)<br>E-mail: bill@polarislawgroup.com<br>501 San Benito Street, Suite 200<br>Hollister, California 95023<br>Telephone: (831) 531-4214<br>Facsimile: (831) 634-0333<br><br>Dennis S. Hyun (State Bar No. 224240)<br>E-mail: dhyun@hyunlegal.com<br>HYUN LEGAL, APC<br>515 S. Figueroa St., Suite 1250<br>Los Angeles, California 90071<br>Telephone: (213) 488-6555<br>Facsimile: (213) 488-6551<br><br>Attorneys for Plaintiff and the Class |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JESSICA GILLESPIE, individually and on behalf of all those similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>VERIZON, an unknown corporate entity; CELLCO PARTNERSHIP, an unknown corporate entity; and DOES 1 through 50, inclusive,<br><br>            Defendants. | **Case No. 2:18-cv-02429-TLN-DB**<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION AND ORDER RE FURTHER STAY OF ACTION AND DEADLINE TO FILE DISPOSITIONAL PAPERS** |

This Notice of Settlement and Joint Stipulation is submitted by Plaintiff Jessica Gillespie ("Plaintiff") and Defendant Cellco Partnership d/b/a Verizon Wireless ("Cellco"), which is named as "Cellco Partnership," and improperly named as "Verizon, an unknown corporate entity" in Plaintiff's First Amended Complaint (Plaintiff and Cellco are referred to as the "Parties").

## NOTICE OF SETTLEMENT

The Parties previously informed the Court that they were negotiating a settlement in this Action and in a similar action, *Farid Harchegani and Mohamed Elhosainy, individually and on behalf of others similarly situated v. Cellco Partnership, Inc. dba Verizon Wireless, a Delaware Partnership; AirTouch Cellular, Inc. dba Verizon Wireless, a California Corporation; and DOES 1-20, inclusive*, Case No. 37-2017-000199977-CU-OE-CTL ("*Harchegani* Action"). (See Dkts. 11-14).

The Parties hereby notify this Court pursuant to Local Rule 160 that they have reached a settlement in principle of this Action, which is conditioned upon the final approval of the settlement of the *Harchegani* Action. The Parties stipulate and represent to this Court that good cause exists here to set a date for the filing of dispositional papers in this Action on or after February 15, 2020, which will allow the parties to the *Harchegani* Action to complete the preparation, filing, and hearing of the papers necessary to obtain preliminary and final approval of the class settlement in the *Harchegani* Action, prior to requesting final dismissal of this Action.

## JOINT STIPULATION RE FURTHER STAY AND DEADLINE TO FILE DISPOSITIONAL PAPERS

In light of the settlement reached in this Action, and for good cause, the Parties stipulate and request as follows:

1. The Parties have reached a settlement in principle of this Action, which is conditioned upon the final approval of the class settlement of the *Harchegani* Action, Case No. 37-2017-000199977-CU-OE-CTL.

2. The Parties to the *Harchegani* Action and this Action are currently preparing settlement approval papers to be filed in the *Harchegani* Action.

3. The Parties estimate that it will take at least seven months for the court to enter an order granting final approval of the *Harchegani* Action. Under the terms of the Parties'

settlement, this Action shall be dismissed after final approval has been granted in the *Harchegani* Action.

4. The parties therefore stipulate and jointly request that the Court enter an order pursuant to Local Rule 160 setting February 15, 2020 as the date by which the documents disposing of this Action shall be filed. The Parties shall file a request for dismissal of this Action and any other necessary papers to dispose of this Action by that date.

5. The Parties request that the Court enter a further order staying these proceedings in their entirety through and including February 15, 2020.

6. The parties stipulate that good cause exists for their request.

IT IS SO STIPULATED.

Dated: July 12, 2019     DIVERSITY LAW GROUP, P.C.

By: /s/ Larry W. Lee (as authorized 7/12/19)
    Larry W. Lee

Attorneys for Plaintiff and the Class
JESSICA GILLESPIE

Dated: July 12, 2019     JONES DAY

By: /s/ Steven M. Zadravecz
    Steven M. Zadravecz

Attorneys for Defendant
CELLCO PARTNERSHIP

**ORDER**

Pursuant to the Parties' Stipulation, IT IS SO ORDERED. This Action is stayed until February 15, 2020. The Parties shall file all papers necessary to request the dismissal of this Action by February 15, 2020.

DATED: July 12, 2019

Troy L. Nunley
United States District Judge